# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0038**
Tyler Michael Frame v. State of Alabama (Appeal from Baldwin Circuit Court: CC-21-2095)

## NOTICE

You are hereby notified that on December 1, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk